UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-30161 |
| Plaintiff, | REDACTED INDICTMENT |
| v. | VEHICULAR BATTERY |
| FRANK CHAPMAN, | 18 U.S.C. §§ 7, 13, 1152, and SDCL 22-18-36 and SDCL 22-1-2(44A) |
| Defendant. | |

The Grand Jury charges:

On or about the 25th day of July, 2019, in Dewey County, in Indian country, in the District of South Dakota, Frank Chapman, a non-Indian, did, while under the influence of alcohol, without design to effect serious bodily injury, operate and drive a motor vehicle in a negligent manner, and cause serious bodily injury to another person, that is, Tommie Mettler, an Indian, in violation of 18 U.S.C. §§ 7, 13, 1152, SDCL 22-18-36 and SDCL 22-1-2(44A).

A TRUE BILL:

**NAME REDACTED**
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____